**Dominador BARDOQUILLO**

v.

**The UNITED STATES.**

No. 599–52.

United States Court of Claims.
July 12, 1955.

Dominador Bardoquillo, pro se. Constantino B. Acosta, Quezon, Philippines, was on the briefs.

Alfred H. O. Boudreau, Jr., Washington, D. C., with whom was Warren E. Burger, Asst. Atty. Gen., for defendant. Walter Kiechel, Jr., Washington, D. C., was on the briefs.

Before JONES, Chief Judge, and LITTLETON, WHITAKER, MADDEN and LARAMORE, Judges.

WHITAKER, Judge.

This case is before us on plaintiff's motion for judgment on the pleadings and on defendant's motion for summary judgment.

Plaintiff's petition alleges that he is a veteran of a USAAFE-Guerrilla Band, with the rank of second lieutenant; that in 1947 he received his arrears in pay in the amount of P5, 144.94, but that he was entitled to P6, 144.94, and that the Chief of Finance Service of the Philippine Army acknowledged the error, but professed inability to correct it "due to the fact that appropriations for such payment [had] terminated on December 31, 1949."

Defendant defends on the ground that plaintiff's claim, if any, is against the Republic of the Philippine Islands, and that he has no claim against the United States of America. We have so held in the case of Logronio v. United States, Ct.Cl., 133 F.Supp. 395. On the authority of that opinion, plaintiff's motion for judgment on the pleadings is denied; and defendant's motion for summary judgment is granted, and plaintiff's petition is dismissed.

It is so ordered.

JONES, Chief Judge, and LARAMORE and LITTLETON, Judges, concur.

MADDEN, Judge (dissenting).

I dissent for the reasons stated in my concurring opinion in Logronio v. United States, Ct.Cl., 133 F.Supp. 395.